711

RUSSELL, by guardian *ad litem,* Respondent, vs.
HANNEMANN, Appellant.

For the appellant: *Lockney & Lowry* of Waukesha.
For the respondent: *E. L. von Suessmilch* of Delavan
and *Jeffris, Mouat, Oestreich, Wood & Cunningham* of
Janesville.

*By the Court.*—Judgment affirmed.